1  **LAW OFFICE OF IRENE KARBELASHVILI**
   Irene Karbelashvili, State Bar Number 232223
2  Irakli Karbelashvili, State Bar Number 302971
3  12 South First Street, Suite 413
   San Jose, CA 95113
4  Telephone: (408) 295-0137
   Fax: (408) 295-0142
5
6  Attorneys for RACHELLE RIDOLA, Plaintiff
7
8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**
10
11 RACHELLE RIDOLA,                 )   Case No. 16-cv-1351-BLF
                                    )
12              Plaintiff,          )   **STIPULATION FOR DISMISSAL OF**
                                    )   **ACTION WITH PREJUDICE AND**
13 vs.                              )   **[**~~PROPOSED~~**] ORDER**
                                    )
14 E-Z8 MOTELS, INC., a California  )
   corporation, d/b/a E-Z8 MOTEL SAN)
15 JOSE I; UB PROPERTIES SERIES 3,  )
   LLC, a California limited liability)
16 company; and DOES 1-10, inclusive,)
17              Defendants.         )

## STIPULATION

Plaintiff RACHELLE RIDOLA ("Plaintiff") and Defendants E-Z8 MOTELS, INC., a California corporation, d/b/a E-Z8 MOTEL SAN JOSE I; and UB PROPERTIES SERIES 3, LLC, a California limited liability company (collectively "Defendants"), by and through their respective attorneys of record, stipulate as follows:

1. Plaintiff's complaint in the above-entitled action shall be dismissed with prejudice against Defendants pursuant to F.R.C.P. 41(a).
2. The Court will retain jurisdiction to enforce the terms of the parties SETTLEMENT AGREEMENT AND RELEASE.
3. All parties shall bear their own attorney fees and costs in the action.

Date:  January 10, 2017         By:___/s/Irakli Karbelashvili_____
                                IRAKLI KARBELASHVILI
                                Attorney for Plaintiff RACHELLE RIDOLA

Date: January 10, 2017          By: ___/s/ Robert M. Shaughnessy,_____
                                ROBERT M. SHAUGHNESSY
                                Attorney for Defendants E-Z8 MOTELS, INC.; and
                                UB PROPERTIES SERIES 3, LLC

## **FILER'S ATTESTATION**

I hereby attest that on January 10, 2017, I, Irakli Karbelashvili, received the concurrence of Defendants' counsel in filing of this document.

             /s/     Irakli Karbelashvili
                  IRAKLI KARBELASHVILI

1 **[PROPOSED] ORDER**

2     Having reviewed the above stipulation for dismissal by Plaintiff RACHELLE RIDOLA on the one hand and Defendants E-Z8 MOTELS, INC., a California corporation, d/b/a E-Z8 MOTEL SAN JOSE I; and UB PROPERTIES SERIES 3, LLC, a California limited liability company on the other hand, IT IS HEREBY ORDERED that:

1. This action is dismissed with prejudice against all Defendants.
2. The Court will retain jurisdiction to enforce the terms of the parties' SETTLEMENT AGREEMENT AND RELEASE.
3. All parties shall bear their own attorney fees and costs in the action.
4. The court clerk shall close the case file.

Dated: _January 12, 2017_      _/s/ Beth Labson Freeman_
                                                 United States District Judge